MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: __William K. Gault and Julie A. Gault

Chapter 7 Case No. 05-45184

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 4 | 361.21 | 2.27 |
| Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 5 | 321.80 | 2.03 |

Dated: December ___, 2009

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Gault\Unclaimed Dividends Distribution Less than $5.wpd